UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-69(JMR/FLN)

| | | |
|---|---|---|
| Commonwealth Land Title Insurance Company<br><br>v.<br><br>Cooperatieve Centrale Raiffeisen-Boerenleenbank B. A., "Rabobank Nederland," New York Branch | ) | ORDER |

This matter is before the Court on defendant's motion for summary judgment. Based on the files, records, and proceedings herein, IT IS ORDERED THAT:

Defendant's motion for summary judgment [Docket #8] is denied.

Dated: May 7, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

MAY 02
FILED
RICHARD D. SLETTEN, CLERK