**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Pennsylvania corporation,

Plaintiff,

vs.

COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, a cooperative banking organization formed under the laws of the Netherlands,

Defendant.

CASE NO. 02-CV-69JMR/FLN

**Stipulation and Order of Dismissal**

---

**Stipulation**

Plaintiff Commonwealth Land Title Insurance Company and defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., "Rabobank Nederland", New York Branch, by and through their undersigned counsel, do hereby stipulate and agree that the above action may be dismissed with prejudice and without costs or disbursements to any party hereto, and that the order below may be signed and entered immediately without further notice.

Dated: December 30, 2002

[signature]

Timothy D. Moratzka, (#15056
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402
(612) 305-1456

Attorneys for Plaintiff Commonwealth Land Title Insurance Company

FILED 1-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: January 10, 2003

FAEGRE & BENSON LLP

Michael R. Stewart (#122397)
Christina A. Smith (#278907)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., "Rabobank Nederland", New York Branch

**Order**

Based upon all of the files, records, and proceedings herein, and the above Stipulation,

**IT IS HEREBY ORDERED** that the above action is hereby dismissed with prejudice and without costs or disbursements to any party hereto.

Dated: January 13, 2003

BY THE COURT:

James Rosenbaum
Judge of United States District Court

M1:945490.01